The People of the State of New York, ex rel. John C. Delehanty, Relator, v. Douglas I. McKay, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Isabella Hart, Respondent, v. Joseph H. Wichert, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Carolina Bosia, as Administratrix, etc., Respondent, v. The Pittsburgh Contracting Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. William Thomas, etc., Appellant.— Judgment and order affirmed. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Union Estates Company, Appellant, v. Adlon Construction Company and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Joseph B. Geber, Respondent, v. John Wanamaker, New York, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Michael Eanuzelle and Another, Appellants, v. The New York, New Haven and Hartford Railroad Company and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.; Scott, J., dissented.

The People of the State of New York, Respondent, v. Joseph Lucie and Frank J. Burke, Appellants.— Judgment affirmed. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.; Dowling, J., dissented.

Isaac Voron, Appellant, v. Sabbatia Chait, Respondent, Impleaded with Another.— Appeal dismissed, with ten dollars costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of the Voluntary Dissolution of Voron & Chait, Incorporated. Isaac Voron, Appellant; Sabbatia Chait, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Isaac Voron, Respondent, v. Sabbatia Chait, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, Appellant, for an Order Revoking and Canceling Liquor Tax Certificate No. 3,937, Issued to Rosa L. Barrick, Respondent.— Order affirmed, with ten dollars costs and disbursements, on opinion of Page, J. (Reported in 86 Misc. Rep. 543.) Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

The People of the State of New York ex rel. Abraham K. Hornstein, Appellant, v. Henry Moskowitz, President, etc., and Others, Respondents.